[jiffyord] [Bench Order]

ORDERED.

Dated: July 28, 2015

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                            Case No. 8:15−bk−04061−CPM
                                                  Chapter 13
Sarel Jacobus Vorster

_____Debtor*_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS CASE came on for hearing on July 28, 2015, for consideration of the
☐ Emergency  ☑ Motion  ☐ Objection  ☐ Application  ☐ Order to Show Cause

for Relief from Stay (Doc. 20), filed by **Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee of Normandy Mortgage Loan Trust, Series 2013−9**.

For the reasons stated orally and recorded in open court, the
☐ Emergency  ☑ Motion  ☐ Objection  ☐ Application  ☐ Order to Show Cause

is
☑ Denied  ☐ Denied as Moot  ☐ Overruled  ☐ Sustained  ☐ Granted
☐ Approved  ☐ Disapproved  ☐ Discharged Favorably

☑ *without Prejudice*

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

☑ Attorney Suzanne Delaney is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

☐ Attorney is directed to serve a copy of this order on: and file a proof of service within three (3) days of entry of the order.

☐ The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

☐ To CM/ECF users by CM/ECF only.

☐ Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.